FORM 2
COVER SHEET

04-0075C

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s) Pacific Gas & Electric Company (Diablo Canyon Power Plant)

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Jerry Stouck

Firm Name: Spriggs & Hollingsworth

Post Office Box:

Street Address: 1350 I Street, N.W., 9th Floor

City-State-Zip: Washington, D.C. 20005

Telephone & Facsimile Numbers: (202) 898-5800 phone (202) 682-1639 fax

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If NO, please call (202) 219-9630 for admission papers and instructions.

Nature of Suit Code: 1 3 4

Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: D O E

See attached sheet for three digit codes.

Amount Claimed: $ To be determined at trial

Use estimate if specific amount is not pleaded.

Vaccination Date (vaccine cases only) N/A

If this is case directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.