ORIGINAL

FILED
JAN 2 8 2004
U.S. COURT OF
FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

PACIFIC GAS AND ELECTRIC COMPANY

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 04-75C
(Judge Braden)

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to RCFC 7.1, Plaintiff Pacific Gas and Electric Company submits the following corporate disclosure statement.

*Any parent corporation and any publicly held corporation that owns 10% or more of its stock*: Pacific Gas and Electric Company's parent is PG&E Corporation, a publicly held corporation.

Respectfully submitted,

Jerry Stouck /by Peter Skalaban

JERRY STOUCK
Spriggs & Hollingsworth
1350 I Street, N.W., Ninth Floor
Washington, D.C. 20005
(202) 898-5800
(202) 682-1639 (Fax)
*Counsel for Plaintiff*
PACIFIC GAS AND ELECTRIC COMPANY

January 28, 2004

Of Counsel:
Robert L. Shapiro
Monica Freas
SPRIGGS & HOLLINGSWORTH