# In the United States Court of Federal Claims

No. 04-75C

(E-Filed: May 5, 2004)

PACIFIC GAS AND ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it Defendant's Motion to Stay All Proceedings or, in the Alternative, for Coordinated Discovery Regarding Rate and Schedule Issues (defendant's motion or Def.'s Mot.). Defendant asks the court to stay this case until completion of three spent nuclear fuel cases currently before the court. Def.'s Mot. at 1. Plaintiff requests a stay through the end of 2004. PG&E's Response to Government's Motion to Stay all Proceedings or, in the Alternative, for Coordinated Discovery Regarding the Rate and Schedule Issues at 1. In an order entered on April 23, 2004, the court indicated that it was inclined to stay the case until December 31, 2004 and invited the parties to file a motion if either of them objected to the proposed stay. Order of Apr. 23, 2004, at 1. Neither party has filed a motion. Accordingly, the court GRANTS defendant's motion to stay this case. This case is STAYED until further order of the court.

The parties shall file with the court a joint status report, or separate status reports if they cannot agree, on or before Friday, December 31, 2004 addressing whether the stay should continue and suggesting further proceedings in this case. During the stay, the court will entertain motions to lift or continue the stay or to take any other action, on its own motion or upon the motion of the parties, as justice may require.

The court also has before it Pacific Gas and Electric Company's Motion for Reconsideration of Order for Pre-Discovery Conference in Spent Fuel Cases (plaintiff's motion or Pl.'s Mot.). Plaintiff asks the court to reconsider and vacate its Notice of Pre-Discovery Conference for New SNF Cases order entered April 12, 2004, Pl.'s Mot. at 5, because the parties in this case agreed to a stay in lieu of discovery, id. at 1. Because the court is entering a stay in this case, the court finds that plaintiff's motion is MOOT.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge