# In the United States Court of Federal Claims

No. 04-75C

(E-Filed: February 18, 2005)

PACIFIC GAS AND ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

At the request of both parties, the court hereby AMENDS its Order of January 19, 2005 to RESCHEDULE trial proceedings as follows:

1. Initial Disclosures. Initial disclosures, pursuant to Rule 26(a)(1) of the RCFC, shall be completed on or before Friday, April 22, 2005.

2. Fact Discovery. All fact discovery, including all depositions, shall conclude on or before Friday, October 21, 2005. In order to achieve this deadline, the parties shall make witnesses available at reasonably convenient locations and times. The parties are reminded that the rules of the court contemplate the use of depositions at trial for testimonial purposes in certain circumstances "as though the witness were then present and testifying . . . ." See RCFC 32(a).

3. Expert Discovery. All expert discovery, including the exchange of expert reports and the completion of expert depositions, shall be completed on or before Friday, March 10, 2006. Plaintiff's expert report(s) shall be submitted on or before Thursday, November 10, 2005 and defendant's responsive expert report(s) shall be submitted on or before Friday, January 20, 2006. Plaintiff's rebuttal expert report(s) shall be submitted on or before Friday, February 24, 2006.

4. Meeting of Counsel. The parties shall meet to satisfy the requirements of RCFC Appendix A ¶ 13, including the exchange of exhibit and witness lists, on or before Friday, March 17, 2006.

5. Memorandum of Contentions of Fact and Law. In accordance with RCFC Appendix A ¶ 14, plaintiff shall file its Memorandum of Contentions of Fact and Law (Memorandum) on or before Friday, April 7, 2006. Defendant shall file its responsive Memorandum on or before Monday, May 1, 2006. Each Memorandum shall be accompanied by witness lists and exhibit lists and any motions contemplated by Appendix A ¶¶ 14, 15 and 16. Any objection to a witness or exhibit not made in the Memorandum or a separate motion filed on the same date shall, if the objection is of a type that could reasonably have been identified at the time of such filing, be deemed waived absent a showing of a compelling reason for the failure. Defendant shall file its responses to any motions filed by plaintiff on or before Friday, April 21, 2006. Plaintiff shall file its responses to any motions filed by defendant on or before Monday, May 15, 2006.

6. Pretrial Conference. The pretrial conference will be held on Monday, May 22, 2006 at the National Courts Building, 717 Madison Place, N.W., Washington, DC 20005. The parties shall bring to the pretrial conference at least three copies of any exhibit as to which an objection remains outstanding. The parties shall prepare and deliver at the pretrial conference a joint preliminary trial schedule or, if they cannot agree, separate trial schedules, using the template attached.

7. Trial. Trial will be held on Monday, June 5, 2006 through Friday, June 9, 2006 and on Monday, June 12, 2006 through Friday, June 16, 2006. Trial will begin at 9:00 a.m. on each day. Trial will be held at the National Courts Building, 717 Madison Place N.W., Washington, DC 20005.

Concurrent Proceedings

All of the foregoing proceedings will be conducted concurrently with proceedings in case No. 04-74C.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge

Pacific Gas and Electric Co. v. The United States (04-74C/04-75C)
Trial Dates: June 5, 2006 - June 9, 2006, June 12, 2006 - June 16, 2006
United States Court of Federal Claims

| Time | Sun. 6/4 | Monday 6/5 | Tuesday 6/6 | Wednesday 6/7 | Thursday 6/8 | Friday 6/9 | Sat. 6/10 |
|---|---|---|---|---|---|---|---|
| 9:00 | | | | | | | |
| 9:30 | | | | | | | |
| 10:00 | | | | | | | |
| 10:30 | | | | | | | |
| 11:00 | | | | | | | |
| 11:30 | | | | | | | |
| 12:00 | | | | | | | |
| 12:30 | | Break | Break | Break | Break | Break | |
| 1:00 | | | | | | | |
| 1:30 | | | | | | | |
| 2:00 | | | | | | | |
| 2:30 | | | | | | | |
| 3:00 | | | | | | | |
| 3:30 | | | | | | | |
| 4:00 | | | | | | | |
| 4:30 | | | | | | | |
| 5:00 | | | | | | | |
| 5:30 | | | | | | | |
| 6:00 | | | | | | | |

Pacific Gas and Electric Co. v. The United States (04-74C/04-75C)
Trial Dates: June 5, 2006 - June 9, 2006, June 12, 2006 - June 16, 2006
United States Court of Federal Claims

| Time | Sun. 6/11 | Monday 6/12 | Tuesday 6/13 | Wednesday 6/14 | Thursday 6/15 | Friday 6/16 | Sat. 6/17 |
|---|---|---|---|---|---|---|---|
| 9:00 | | | | | | | |
| 9:30 | | | | | | | |
| 10:00 | | | | | | | |
| 10:30 | | | | | | | |
| 11:00 | | | | | | | |
| 11:30 | | | | | | | |
| 12:00 | | | | | | | |
| 12:30 | | Break | Break | Break | Break | Break | |
| 1:00 | | | | | | | |
| 1:30 | | | | | | | |
| 2:00 | | | | | | | |
| 2:30 | | | | | | | |
| 3:00 | | | | | | | |
| 3:30 | | | | | | | |
| 4:00 | | | | | | | |
| 4:30 | | | | | | | |
| 5:00 | | | | | | | |
| 5:30 | | | | | | | |
| 6:00 | | | | | | | |