# In the United States Court of Federal Claims

No. 04-75C

(E-Filed: March 10, 2005)

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is the parties' Joint Motion for Entry of an Order Governing the Preservation of E-Mail and Other Electronic Evidence, filed March 8, 2005. The court hereby GRANTS the parties' motion and ADOPTS the order proposed in Exhibit 1 as an order, which shall remain in effect until further order of the court.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge