**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY,<br>Plaintiff, | No. 04-75C<br>(Judge Hewitt) |
| v. | |
| UNITED STATES OF AMERICA,<br>Defendant. | Filed electronically: April 7, 2005 |

PG&E'S CONSENT MOTION TO CONSOLIDATE THIS CASE WITH NO. 04-74C

Pursuant to RCFC 42(a) and 42.1, PG&E moves that this action be consolidated with Case No. 04-74C. PG&E previously filed in that case (No. 04-74C) a motion to consolidate these two cases. By order dated April 7, 2005, the Court deferred ruling on that motion pending the filing in this case of a motion to consolidate the two cases.

The basis of this motion and the reasons for consolidation, which also were set out in the motion filed in case No. 04-74C, are as follows: Both this action and No. 04-74C represent PG&E's claims relating to DOE's failure to remove spent fuel from PG&E's nuclear facilities. Although the two actions pertain to the harm suffered by PG&E related to its two different nuclear facilities – this action relating to the Diablo Canyon Power Plant and No. 04-74C relating to the Humboldt Bay Power Plant Unit 3 – both actions involve the same parties, and the breach of contract claims arise from the same contract. Accordingly, consolidation of these actions should simplify the handling of filings for the parties and the Court. Absent consolidation, the parties have been either filing largely duplicate papers with the Court (and the Court sometimes issues largely duplicate Orders) or the parties have resorted to the use of footnote references to

the other action. PG&E's counsel has consulted with the government's counsel, and the government has stated that it is in favor of consolidation.

For the foregoing reasons, this case and No. 04-74C should be consolidated.

Respectfully submitted,

s/ Jerry Stouck

Dated: April 7, 2005

JERRY STOUCK
Spriggs & Hollingsworth
1350 I Street, N.W., Ninth Floor
Washington, D.C. 20005
(202) 898-5800 (Telephone)
(202) 682-1639 (Facsimile)
Counsel for Plaintiff
*PACIFIC GAS AND ELECTRIC COMPANY*

Of Counsel:
Robert L. Shapiro
SPRIGGS & HOLLINGSWORTH