# In the United States Court of Federal Claims

No. 04-75C

(E-Filed: April 12, 2005)

PACIFIC GAS AND ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Before the court is PG&E'S Consent Motion to Consolidate this Case with No. 04-74C, filed electronically on April 7, 2005. Also pending in case No. 04-74C is PG&E's Consent Motion to Consolidate this Case with No. 04-75C, filed electronically on March 31, 2005. Based on the representations contained therein, the court hereby GRANTS the motions for consolidation. The Clerk of the Court shall CONSOLIDATE case Nos. 04-74C and 04-75C, and shall designate Pacific Gas and Electric Co. v. United States, No. 04-74C, as the lead case. The parties shall hereafter make their filings captioned as shown on the attached order in case No. 04-74C.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge