# EXHIBIT 8

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PACIFIC GAS & ELECTRIC COMPANY, Plaintiff, | ) | |
| v. | ) | No. 04-0074C, into which has been consolidated No. 04-0075C (Judge Hewitt) |
| UNITED STATES OF AMERICA, Defendant. | ) | |

## RULE 30(b)(6) NOTICE OF DEPOSITION

Please take notice that, pursuant to Rule 30(b)(6) of the Rules of the Court of Federal Claims, plaintiff Pacific Gas & Electric Company will take the deposition of defendant United States, or a person or persons designated by defendant upon oral examination before an officer authorized by law to administer oaths, commencing August 11, 2005, at Greenberg Traurig, LLP, 800 Connecticut Avenue, NW, Suite 500, Washington, DC 20006, commencing at 10:00 a.m., or at a time and place agreed upon between counsel for the parties, and continuing from day to day until completed.

Pursuant to Rule 30(b)(6), defendant shall designate the most knowledgeable person or persons to testify upon its behalf as to the following subjects:

1. Defendant's search for documents responsive to Plaintiff's First Request for Production of Documents.

2. The contents of the government's document production database created and maintained for this and other related Spent Nuclear Fuel cases.

3. Results of defendant's searches for documents responsive to Plaintiff's First Request for Production of Documents.

4. The existence, location, type and quantities of documents responsive to Plaintiff's First Request for Production of Documents.

Dated: July 25, 2005

J Stouck /jba

Jerry Stouck
Greenberg Traurig, LLP
800 Connecticut Avenue, NW
Suite 500
Washington, DC 20006
(202) 331-3173
(202) 261-4751
Counsel for Plaintiff
Pacific Gas & Electric Company

Of Counsel:

Robert L. Shapiro
Greenberg Traurig, LLP

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July, 2005, I caused a true and correct copy of the foregoing to be served by electronic mail on the following persons:

**John Clifford Ekman**
U. S. Department of Justice
1100 L Street, N.W.
8th Floor
Washington, DC 20530
(202) 353-0897
Fax: (202) 307-2503
Email: john.ekman@usdoj.gov

J. Arendse

Jacqueline Arendse