# In the United States Court of Federal Claims

**No. 04-74C (into which has been consolidated 04-75C)**

**PACIFIC GAS & ELECTRIC COMPANY,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the Published Opinion, filed October 13, 2006,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $42,765,453.00. No costs.

Brian Bishop
Clerk of Court

**October 13, 2006** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.